**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Daniel D. Domenico**

Civil Action No. 1:26-cv-03316-DDD

PAULINO SOARES FELICIANO,

Petitioner,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY (AURORA), in his official capacity;
ACTING DIRECTOR OF DENVER FIELD OFFICE, U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity;
TODD BLANCHE, U.S. Attorney General, in his official capacity; and
DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity,

Respondents.

---

**ORDER**

---

Petitioner, an immigration detainee at the Aurora Contract Detention Facility, applied for a writ of habeas corpus under 28 U.S.C. § 2241 and asked this Court to order his release from immigration custody. Doc. 1. Respondents report that U.S. Immigration and Customs Enforcement released Petitioner on July 29, 2026, pursuant to an order entered in another case. Doc. 9 (citing *Soares v. Baltazar*, No. 1:26-cv-03175-NRN, slip op. (D. Colo. July 28, 2026), ECF No. 10). Because Petitioner has been released from the custody he challenges in this case, the matter is moot. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006).

Accordingly, it is **ORDERED** that:

The Court's Order to Show Cause, Doc. 5, is **DISCHARGED**, and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241, **Doc. 1**, is **DENIED AS MOOT** and **DISMISSED WITHOUT PREJUDICE**; and

The Clerk of Court is **DIRECTED** to close this case.

DATED: August 18, 2026

BY THE COURT:

Daniel D. Domenico
Chief United States District Judge